MERRITT WIMBERLY, SR., PLAINTIFF-RESPONDENT, v. CITY OF PATERSON, *ET AL.*, DEFENDANTS-PETITIONERS.

See same case below: 75 *N. J. Super.* 584.

*Mr. Theodore D. Rosenberg* and *Mr. Adolph A. Romei* for the petitioners.

*Messrs. David & Albert L. Cohn* for the respondent.

October 1, 1962.   Denied.